TOLEDO BAR ASSOCIATION *v.* TOLLIVER.

[Cite as *Toledo Bar Assn. v. Tolliver* (1992), 62 Ohio St.3d 462.]

(No. 91–1764—Submitted October 16, 1991—Decided February 5, 1992.)

*John N. MacKay* and *J. Jeffrey Lowenstein,* for relator.
*Lafayette E. Tolliver, pro se.*

---

*Per Curiam.* We agree with the board's findings and recommendation. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.